|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| PETER BACA, an individual., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL EXPRESS TRANSIT CORPORATION, A DELAWARE CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE, CORPORATION, <br><br> Defendant. | 1:22-cv-00259-ADA-BAM <br><br> ORDER GRANTING PARTIES' STIPULATION FOR SUBSTITUION OF PLAINTIFF PURSUANT TO FED. R. CIV. PROC. 25(a)(1) <br><br> (ECF No. 18) |

On March 8, 2023, Parties filed a stipulation for an Order substituting KAYLA MARIE MARTINEZ ("Martinez") as successor in interest to Plaintiff Peter Baca pursuant to Federal Rule of Civil Procedure 25(a)(1). (ECF No. 18.) Good cause found, it is hereby ordered that:

1. Martinez is hereby substituted as successor in interest to the interest of Plaintiff Peter Baca, deceased, in this civil matter.

///

///

///

///

///

2. Said substitution shall not change the caption of this civil matter and Defendant shall not be required to file any pleading in response to the substitution.

IT IS SO ORDERED.

Dated:   April 26, 2023

_____
UNITED STATES DISTRICT JUDGE